UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-60214-CIV-DIMITROULEAS

GUS IRIZARRY,

    Plaintiff,

v.

EXCELIUM MANAGEMENT, LLC, a Florida
Limited Liability Company, FAMILY OFFICE, LP,
a Florida Limited Partnership, VINCENT
CHHABRA,
individually and SUSHMA CHHABRA, individually,
KEY LEGAL SERVICES, LLC, a Florida Limited
Liability Company, and MITCHELL HAMMER,
Individually,

    Defendants.
_____/

## FINAL CONSENT JUDGMENT AGAINST DEFENDANTS FAMILY OFFICE, LP, VINCENT CHHABRA, AND SUSHMA CHHABRA

THIS CAUSE is before the Court upon the Motion for Entry of Final Consent Judgment against Defendants, FAMILY OFFICE, LP, VINCENT CHHABRA, and SUSHMA CHHABRA. [DE 24]. The Court has carefully considered the Motion, notes that Defendants consent to the entry of this final judgment, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** that:

1. The parties' Settlement Agreement is hereby **APPROVED**;

2. Plaintiff, GUS IRIZARRY, shall recover from Defendants, FAMILY OFFICE, LP, VINCENT CHHABRA, and SUSHMA CHHABRA, jointly and severally, the sum of Thirty Five Thousand Dollars ($35,000.00) for which let execution issue.

3. Jurisdiction is retained to enforce this judgment and to enter all orders consistent therewith.

4. This case is **DISMISSED** with prejudice. Any pending motions are **DENIED AS MOOT**. This case shall remain **CLOSED**.

**DONE AND ORDERED** in Chambers, at Fort Lauderdale, Broward County, Florida, this 2nd day of August, 2017.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record